TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch
Civil Division
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
PO Box 883 (US Mail)
Washington, DC 20530
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELECTRONIC FRONTIER, FOUNDATION<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND, SECURITY,<br><br>Defendant. | Civil Action No. 10-cv-5526 (SI)<br><br>**STIPULATION TO ALLOW TELEPHONIC APPEARANCE AT JANUARY 28, 2011 HEARING** |

Subject to the approval of the Court, the parties hereby stipulate to allow Nicholas Cartier, Defense Counsel in Case No. 10-cv-5526 (SI), to appear telephonically at the January 28, 2011 hearing on Plaintiff's Motion to Consolidate Cases. See Dkt. No. 10 (10-cv-5526). Because Mr. Cartier works and resides in the District of Columbia allowing Counsel to appear telephonically will save the time and expense of traveling across the country. Counsel believes his ability to meaningfully participate in the hearing will not be impeded by appearing by telephone.

*Stip. To Allow Telephonic Appearance, Civ. Action 10-5526*

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 19, 2011 | /s/ Nicholas Cartier |
| | | NICHOLAS CARTIER, CA Bar #235858 |
| 3 | | Trial Attorney, Federal Programs Branch |
| | | Civil Division |
| 4 | | 20 Massachusetts Ave NW, 7224 |
| | | Washington, DC 20044 |
| 5 | | Tel: 202-616-8351 |
| | | Fax: 202-616-8470 |
| 6 | | email: nicholas.cartier@usdoj.gov |
| 7 | | *Attorney for Defendant* |
| 8 | DATED: January 19, 2011 | /s/  Jennifer Lynch |
| 9 | | ELECTRONIC FRONTIER FOUNDATION |
| | | Jennifer Lynch, Esq. (240701) |
| 10 | | 454 Shotwell Street |
| | | San Francisco, CA 94110 |
| 11 | | Telephone: (415) 436-9333 |
| | | Facsimile: (415) 436-9993 |
| 12 | | |
| 13 | | *Attorney for Plaintiff* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

DATED: _____

SUSAN ILLSTON
United States District Judge

*Stip. To Allow Telephonic Appearance, Civ. Action 10-5526-* 2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2011, I caused a copy of the foregoing to be served on counsel for Plaintiff via the Court's ECF system.

/s/ Nicholas Cartier<br>NICHOLAS CARTIER

## **GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained the concurrence of Jennifer Lynch, counsel for Plaintiff, in the filing of this document.

/s/ Nicholas Cartier<br>NICHOLAS CARTIER

*Stip. To Allow Telephonic Appearance, Civ. Action 10-5526*